# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCEPCION URRUTIA, JR., ) | Case No.: 1:17-cv-1676 - JLT |
| Plaintiff, ) | ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| v. ) | |
| NANCY A. BERRYHILL, ) Acting Commissioner of Social Security, ) | |
| Defendant. ) | |

On March 14, 2019, Concepcion Urrutia, Jr., and Nancy A. Berryhill, Acting Commissioner of Social Security, stipulated for the award and payment of attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). (Doc. 17)

Subject to the terms of the parties' stipulation, the Court **ORDERS** fees and costs in the total amount of $4,550.00 are **AWARDED** to Plaintiff, Concepcion Urrutia, Jr.

IT IS SO ORDERED.

Dated: **March 18, 2019**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE